FLORENCE T. NAKAKUNI  #2286
United States Attorney
District of Hawaii

EDRIC M. CHING  #6697
Assistant U.S. Attorney
Att: Financial Litigation Unit
Rm 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone:  541-2850
Facsimile:  541-3752
Email:  Edric.Ching@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 93-02220-01 |
|---|---|---|
| Plaintiff, | ) | RELEASE OF NOTICE OF LIEN |
| vs. | ) | |
| JAMES L. KEEN, | ) | |
| Defendant. | ) | |

RELEASE OF NOTICE OF LIEN

The United States of America, by and through its attorneys, FLORENCE T. NAKAKUNI, United States Attorney for the District of Hawaii, and Edric M. Ching, Assistant U.S. Attorney, states that on March 28, 1995, a Judgment In A Criminal Case was entered against James L. Keen, (SSN: XXX-XX-X011) in the U.S. District Court, District of Hawaii, ordering payment of special assessment of $400.00 and restitution of $8,013.00.

A Notice of Lien For Fine Imposed Pursuant To The Sentencing Reform Act Of 1984 was recorded on October 12, 1995 at the Bureau of Conveyances, State of Hawaii, Document No. 95-132246.

The special assessment and restitution amounts have been fully satisfied.

DATED: <u>November 1, 2010</u>, at Honolulu, Hawaii.

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

By: /s/ Edric M. Ching
_____
EDRIC M. CHING
Assistant U.S. Attorney

Attorneys for Plaintiff